UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTOFER HAKEN | No. 2:25-mj-00167-KFW |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lucas Hallett, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS) and have been employed with the USMS since January 2022. Prior to that, I was a Sheriff's Deputy in Cumberland County, Maine for seven (7) years. I am currently assigned to the US Marshals office in Portland in the District of Maine. I have successfully completed the US Marshals Basic Training Academy and prior to that, the Maine Criminal Justice Academy

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on the following information, there is probable cause to believe that KRISTOFER HAKEN ("HAKEN", date of birth March 16, 1979) has violated the Fugitive Felon Act in violation of Title 18, United States Code, Section 1073.

### RELEVANT STATUTE

4. 18 U.S.C. § 1073 provides, in relevant part:

> Whoever moves or travels in interstate or foreign commerce with intent either (1) to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees, . . . shall be fined under this title or imprisoned not more than five years, or both.

### SHOWING OF PROBABLE CAUSE

5. On or about July 30, 2024, HAKEN was involved in an incident in Portland, Maine that was later widely reported on by various local and regional media outlets. People affiliated with two factions of outlaw motorcycle gangs confronted each other in Westbrook, Maine, and then again later in Portland, Maine. Gunfire was exchanged during the Portland incident and a woman was killed. Later investigation by the Portland Police Department (PPD) revealed that HAKEN was also struck by gunfire in the back, nonfatally. Several other people were injured by sledgehammers, batons, and bats, and multiple people suffered skull fractures and other serious injuries.

6. Follow up investigation by the PPD identified a group of suspects that included HAKEN, and determined that he is affiliated with the Outlaws Motorcycle Club, which is a well-known nationwide/international criminal gang. PPD obtained HAKEN's DNA pursuant to a search warrant, which matched DNA found on a switchblade knife recovered from the crime scene. Next to the knife was a two-pound mini sledge hammer used during the attack. Video footage of the Westbrook incident showed HAKEN holding a similar hammer.

7. On November 8, 2024, PPD detectives obtained arrest warrants for the seven participants they identified as suspects in the attack. One suspect was arrested and charged with murder, and five others turned themselves in to police and were charged. HAKEN remained at large, with a State of Maine nationwide extraditable

arrest warrant charging "Criminal Conspiracy" and "Elevated Aggravated Assault x2." HAKEN's criminal defense attorney was notified of the active arrest warrant for HAKEN.

8. As a result of HAKEN's alleged criminal conduct in Maine, a State of New Hampshire arrest warrant was issued for Parole Violation.

9. On or about November 20, 2024, news media in Maine and New Hampshire (where HAKEN is from) published reports that five of the suspects from the July 2024 incident had been arrested, but HAKEN remained at large. HAKEN's photograph was included in many of these reports.

10. In December 2024 and January 2025, more news reports were published on proceedings in the criminal case. The PPD published a post on its own Facebook page, with a photograph of HAKEN and identifying him as a wanted person.

11. In February 2025, I learned that HAKEN had visited the Veterans Affairs Administration hospital in Albany, New York on January 24, 2025.

12. In February 2025, I learned that HAKEN's debit card had been used earlier in the month at a Little Caesar's in Chicopee, Massachusetts.

13. On April 18, 2025, I was notified that HAKEN had been located by the Veterans Affairs Police at a VA hospital in White River Junction, Vermont. HAKEN was taken into custody by local police, and charged with being a Fugitive From Justice.

14. On Monday, April 21, 2025, I was notified that HAKEN had been bailed out of jail in Vermont over the weekend, and had not appeared in court that day as ordered. A State of Vermont arrest warrant for Failure to Appear was issued.

15. Later that day, I learned that HAKEN had contact with the VA hospital in Manchester, New Hampshire several times in March and April 2025.

16. On April 29, 2025, HAKEN was a passenger in a car that was stopped in Barnstead, New Hampshire. The driver was arrested, but HAKEN (who did not provide an ID) was allowed to leave. Officers did not ascertain his identity until after the fact.

17. On May 5, 2025, I learned that New Hampshire Probation Officer (NHPO) Jason Meyers had spoken to HAKEN in the past week, and HAKEN is fully aware that he is wanted by law enforcement. NHPO Meyers is HAKEN's assigned probation officer in New Hampshire from prior, unrelated criminal conduct.

## CONCLUSION

18. Based on the aforementioned information, there is probable cause to believe that, on at least January 24, 2025 and ongoing, KRISTOFER HAKEN, has moved or traveled in interstate or foreign commerce with the intent to avoid prosecution, or custody or confinement after conviction, in violation of Title 18, United States Code, Section 1073, and that a warrant for HAKEN's arrest should be issued.

Lucas Hallett
Deputy United States Marshal
United States Marshals Service

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: May 06 2025

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

4