## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTOFER HAKEN | No. 2:25-mj-00167-KFW |

## MOTION FOR LEAVE TO DISMISS COMPLAINT

The United States moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the pending complaint (Dkt. 1).

The defendant has been arrested on a warrant issued by the State of Maine. Because the defendant has been apprehended on the state charges that formed the basis of the pending federal complaint, the Government seeks leave to dismiss the pending federal complaint.

Dated this 17th day of February, 2026, in Portland, Maine.

Respectfully submitted,

ANDREW B. BENSON
UNITED STATES ATTORNEY

/s/ F. Todd Lowell
F. Todd Lowell
Assistant United States Attorney
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 780-3257
todd.lowell@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on February 17, 2026, I electronically filed the foregoing Motion for Leave to Dismiss Complaint with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

  I further certify that on this day I have caused a copy of the instant filing to be sent via U.S. Mail to the following:

Kristofer Haken<br>
5 Oak Drive<br>
Londonderry, NH 03053

ANDREW B. BENSON
UNITED STATES ATTORNEY

*/s/ F. Todd Lowell*
F. Todd Lowell
Assistant United States Attorney
100 Middle Street
Portland, Maine 04101
todd.lowell@usdoj.gov